PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## District of Puerto Rico

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall be placed in Home Confinement for a period of <u>three (3)</u> months, to commence within thirty (30) days of being placed on probation and/or within thirty (30) days of his/her release from imprisonment. During this time, the defendant shall remain at his/her place of residence, except for employment or other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his/her place of residence without any special features, modems, answering machines, or cordless telephones during the term of electronic monitoring. The defendant shall wear an electronic device and shall observe the rules specified by the probation office. He/she shall not leave the judicial district to which he/she is sentenced or released during the term of electronic monitoring. The defendant is ordered to pay the amount of $3.16 for the cost of the Electronic Monitoring Device."

Witness: <u>Luis O. Encarnación</u>
U.S. Probation Officer

Signed: <u>Antonio Rondón Acosta</u>
Probationer or Supervised Releasee

<u>August 1, 2006</u>
Date