IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| Plaintiff | ' |
| vs | '     CRIMINAL 99-0262CCC |
| 1) JULIO A. NIEVES-ROJAS<br>**2) ANTONIO RONDON-ACOSTA**<br>3) GRICELY ROSA-GARCIA<br>4) JESUS MARRERO-LOPEZ<br>5) JOSE TANCO-ORTIZ<br>6) JORGE ROMAN-HUERTAS | '<br>'<br>'<br>' |
| Defendants | |

**O R D E R**

The Motion for Some Disposition filed by U.S. Probation Officer Miguel A. Arroyo-Domenech on January 10, 2008 as to co-defendant Antonio Rondón-Acosta (**docket entry 263**) is NOTED, but no action will be taken as defendant's term of supervised release expired on January 14, 2008.

SO ORDERED.

At San Juan, Puerto Rico, on January 22, 2008.

S/CARMEN CONSUELO CEREZO
United States District Judge